UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Edward Johnson, <br><br> Plaintiff, <br><br> v. <br><br> Capital One Services, LLC, <br> Capital One Financial Corporation, and <br> Capital One, National Association, <br><br> Defendants. | CIVIL ACTION NO. 3:21-cv-84 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Edward Johnson and Defendants Capital One Services, LLC, Capital One Financial Corporation, and Capital One, National Association, by and through their undersigned counsel, who together constitute all the parties who have appeared in this action, hereby stipulate that the above-styled action, including any and all claims raised in such action, have been fully resolved, and this matter be dismissed with prejudice, with the Court retaining jurisdiction to resolve any disputes concerning the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

We Ask for this:

**EDWARD JOHNSON**

Plaintiff

**SO ORDERED**

/s/ M. Hannah Lauck
United States District Judge

By: */s/ Craig Juraj Curwood*
    Craig Juraj Curwood (VSB No. 43975)
    Harris D. Butler, III (VSB No. 26483)
    Zev Antell (VSB No. 74634)
    Paul M. Falabella (VSB No. 81199)
    BUTLER CURWOOD, PLC
    140 Virginia Street, Suite 302
    Richmond, Virginia 23219
    Telephone: (804) 648-4848
    Facsimile: (804) 237-0413
    craig@butlercurwood.com
    harris@butlercurwood.com
    zev@butlercurwood.com
    paul@butlercurwood.com

    *Attorneys for Plaintiff*

**CAPITAL ONE SERVICES, LLC,**
**CAPITAL ONE FINANCIAL CORPORATION, and**
**CAPITAL ONE, NATIONAL ASSOCIATION**

By: */s/ Summer Speight*
    Rodney A. Satterwhite (VSB No. 32907)
    Christopher M. Michalik (VSB No. 47817)
    Igor M. Babichenko (VSB No. 78255)
    Summer Speight (VSB No. 80957)
    MCGUIRE WOODS LLC
    Gateway Plaza
    800 East Canal Street
    Richmond, Virginia 23219
    Telephone: (804) 775-1000
    Facsimile: (804) 775-1061
    rsatterwhite@mcguirewoods.com
    cmichalik@mcguirewoods.com
    ibabichenko@mcguirewoods.com
    sspeight@mcguirewoods.com

    *Attorneys for Defendants*